IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANCESCA MAIORANO,<br>    Plaintiff, | |
| v. | No. 23 CV 372 |
| AMADOU B. SY, and FOUTA, INC.,<br>    Defendants. | JURY DEMANDED. |

## COMPLAINT

Plaintiff Francesca Maiorano alleges as follows:

1. This is a civil action arising under Illinois's substantive law of torts. The jurisdiction of this Court is conferred by 28 U.S.C. § 1332(a)(1).

2. Plaintiff is a citizen of Connecticut.

3. Defendant is a citizen of Illinois and a resident of this judicial district.

4. All events described herein occurred in this judicial district.

5. On the evening of November 19, 2022, plaintiff was a passenger in a taxicab operated by defendant Amadou B. Sy. The cab ride was from Chicago Midway Airport to a downtown hotel.

6. During the trip, defendant Amadou B. Sy was driving in an aggressive, unsafe manner. In particular, he weaved in and out of traffic, and needlessly applied heavy acceleration and braking.

7. As defendant Amadou B. Sy neared the hotel, he attempted to make another yellow light by rapidly accelerating. When he realized he had no prospect of making the light, he slammed on the brakes, causing plaintiff's body to leave her seat and strike the interior of the taxicab, resulting in numerous injuries. More

specifically, plaintiff's face and left arm slammed into a retracted wheelchair ramp inside the taxicab, and her right shoulder was injured.

8. Under Illinois law, defendant Amadou B. Sy owed his passenger, plaintiff Francesca Maiorano, the highest degree of care.

9. Defendant Amadou B. Sy breached that duty by driving in a negligent, aggressive, and unsafe manner, as alleged above.

10. As a direct and proximate result of defendant Amadou B. Sy's breach, plaintiff sustained bodily injury and pecuniary loss.

11. At all relevant times, defendant Amadou B. Sy was an agent of defendant Fouta, Inc., and defendant Fouta, Inc. is vicariously liable for defendant Amadou B. Sy's conduct pursuant to the doctrine of respondeat superior.

12. Plaintiff seeks in excess of $75,000.00 in damages. She sustained severe bruising to her right arm; her teeth went into her lip, causing bleeding; and she her right shoulder sustained internal injuries, including a linear tear in the superior labrum and glenohumeral joint effusion with an intra-articular loose body. Plaintiff's medical treatment is ongoing at this time, and has included physical therapy and injections in her shoulder. The amount in controversy requirement is accordingly satisfied.

13. Plaintiff demands trial by jury.

WHEREFORE plaintiff requests that judgment be entered in her favor and against defendants.

By: <u>/s/ John K. Kennedy</u>
**JOHN K. KENNEDY**
Kennedy Watkins LLC
350 N. Orleans St., Suite 9000N
Chicago, IL 60654
(312) 448-8181
jkennedy@kwlawchicago.com
ARDC No. 6309407

3