**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FRANCESCA MAIORANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23 CV 372 |
| | ) | Magistrate Judge Gilbert |
| AMADOU B. SY, and FOUTA, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties thereto, by their respective attorneys of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed with prejudice instanter. Each side shall bear its own costs and attorneys' fees.

| | |
|---|---|
| /s/ John K. Kennedy | /s/ Brian C. Young (by consent) |
| John K. Kennedy | Brian C. Young |
| KENNEDY WATKINS LLC | DINOS & YOUNG, LLC |
| 350 N. Orleans St., Suite 9000N | 120 West Madison Street, Suite 600 |
| Chicago, Illinois 60654 | Chicago, Illinois 60602 |
| (312) 448-8181 | 312-500-9135 (office) |
| jkennedy@kwlawchicago.com | 312-986-4897 (direct) |
| ARDC#: 6309407 | 312-500-9136 (fax) |
| Counsel for Plaintiff | byoung@dinosandyoung.com |
| | ARDC#: 6304366 |
| | Counsel for Defendants |