# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Francesca Maiorano
                              Plaintiff,

v.                                                       Case No.: 1:23−cv−00372
                                                         Honorable Jeffrey T. Gilbert

Amadou B. Sy, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 13, 2025:

       MINUTE entry before the Honorable Jeffrey T. Gilbert: In light of the parties' Stipulation to Dismiss with Prejudice [75], this case is dismissed with prejudice. Each side shall bear its own costs and attorneys' fees. Civil case terminated. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.